## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| MARK ALAN SHAFFER | Case No. 14-23636CMB |
| CHRISTINE ANNE SHAFFER | |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | |
| vs. | Document No __ |
| SENECA MORTGAGE SERVICING | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 5993.

Regular mortgage payments are currently being directed to the following creditor at the following address:

SENECA MORTGAGE SERVICING
ATTN BANKRUPTCY
611 JAMISON RD
ELMA,NY 14059

Movant has been requested to send payments to:
NATIONSTAR MORTGAGE LLC
PO BOX 650783
DALLAX, TX 75265-0783

5993

The Chapter 13 Trustee's CID Records of SENECA MORTGAGE SERVICING have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 9/1/2016.

|  |  |
|---|---|
| cc: Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S): <br> MARK ALAN SHAFFER, CHRISTINE ANNE SHAFFER, 444 COLE ROAD, SARVER, PA  16055 | DEBTOR'S COUNSEL: <br> SCOTT B LANG ESQ*, SCOTT B LANG & ASSOC PC*, 535 CLAIRTON BLVD, PITTSBURGH, PA  15236 |
| ORIGINAL CREDITOR'S COUNSEL: <br> ANDREW F GORNALL ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | ORIGINAL CREDITOR: <br> SENECA MORTGAGE SERVICING, ATTN BANKRUPTCY, 611 JAMISON RD, ELMA, NY  14059 |
| NEW CREDITOR: <br> NATIONSTAR MORTGAGE LLC <br> PO BOX 650783 <br> DALLAX, TX 75265-0783 | |