**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-23636-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Mark Alan Shaffer<br>444 Cole Road<br>Sarver PA 16055 | Christine Anne Shaffer<br>444 Cole Road<br>Sarver PA 16055 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/08/2016.

Name and Address of Alleged Transferor(s):

Claim No. 10: Seneca Mortgage Servicing LLC, 611 Jamison Road, Elma, NY 14059-9392

Name and Address of Transferee:

Nationstar Mortgage LLC
Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  11/11/16

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mark Alan Shaffer  
Christine Anne Shaffer  
      Debtors

Case No. 14-23636-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Nov 09, 2016  
                      Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2016.  
14055715       Seneca Mortgage Servicing LLC,   611 Jamison Road,   Elma, NY 14059-9392

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2016 at the address(es) listed below:

      Andrew F Gornall   on behalf of Creditor   Seneca Mortgage Servicing LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
      Heather Stacey Riloff   on behalf of Creditor   Provident Funding Associates, L.P. heather@mvrlaw.com, diane@mvrlaw.com  
      Jerome B. Blank   on behalf of Creditor   Ally Bank pawb@fedphe.com  
      Joseph A. Dessoye   on behalf of Creditor   Ally Bank pawb@fedphe.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      Scott B. Lang   on behalf of Joint Debtor Christine Anne Shaffer langlaw@libcom.com, langlaw.lang@gmail.com  
      Scott B. Lang   on behalf of Debtor Mark Alan Shaffer langlaw@libcom.com, langlaw.lang@gmail.com  
                                                                                      TOTAL: 8