## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Mark Alan Shaffer** | : | **Case No.: 14-23636** |
| **Christine Anne Shaffer** | : | **Chapter 13** |
| | : | **Judge Carlota M. Bohm** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:     THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED
STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN
AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C.

Section 102(1) and all other applicable law, the undersigned, as counsel of record for Nationstar

Mortgage LLC, its successor and assigns ("Creditor"), a creditor of the above-named Debtor and

a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or

required to be given in this case, and all papers served or required to be served in this case, be

given to and served upon the undersigned at the following office, address and telephone number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 17-030252

The foregoing request includes not only the notices and papers referred to in the Rules specified

above, but also includes without limitation, orders and notices of any application, motion,

petition, pleading, request, complaint or demand, whether formal or informal, whether written or

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or

otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

17-030252_BAS1

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner
Edward H. Cahill
Adam B. Hall
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

17-030252_BAS1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Mark Alan Shaffer** | : | **Case No.: 14-23636** |
| **Christine Anne Shaffer** | : | **Chapter 13** |
| | : | **Judge Carlota M. Bohm** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICES**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 6, 2017.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219

Scott B. Lang, Attorney for  Mark Alan Shaffer and Christine Anne Shaffer, 535 Clairton Boulevard, Pittsburgh, PA  15236, langlaw@libcom.com

Service by First-Class Mail:
Mark Alan Shaffer and Christine Anne Shaffer, 444 Cole Road, Sarver, PA 16055

EXECUTED ON: September 6, 2017

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

17-030252_BAS1