IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | Bankruptcy No. 14-23636-CMB |
| Mark Alan Shaffer : | Chapter 13 |
| Christine Anne Shaffer : | |
|     Debtors : | |
| : | |
| Mark Alan Shaffer : | |
| Christine Anne Shaffer : | |
| Movant s : | |
| : | |
|     v. : | |
| : | |
| None : | |
| Respondent (if none, then "No Respondent") : | |

NOTICE OF CHANGE OF ADDRESS

Former Address:
    Debtor Names:    Mark Alan Shaffer
                              Christine Anne Shaffer

    Former Address:    444 Cole Road
                              Sarver, PA 16055

New Address:

    Debtor Names:    Mark Alan Shaffer
                              Christine Anne Shaffer

New Address:    547 West Main Street
                              Saxonburg, PA 16056

Dated: October 11, 2017

                              Electronic Signature of Debtor(s)' Attorney
                              */s/ Scott B. Lang*

                              Typed Name
                              Scott B. Lang, Esquire

                              Address
                              SCOTT B. LANG & ASSOCIATES, P.C.
                              535 Clairton Boulevard
                              Pittsburgh, PA 15236
                              412-655-8500
                              Bar I.D. and State of Admission
                              #39710 PA
                              langlaw.lang@gmail.com