**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-23636-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Mark Alan Shaffer
547 West Main Street
Saxonburg PA 16056

Christine Anne Shaffer
547 West Main Street
Saxonburg PA 16056

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/21/2017.

Name and Address of Alleged Transferor(s):

Claim No. 10: Nationstar Mortgage LLC, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Wells Fargo Bank, N.A.
Attn: Payment Processing
MAC #X2302-04C
One Home Campus
Des Moines, IA 50328

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/29/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark Alan Shaffer
Christine Anne Shaffer
    Debtors

Case No. 14-23636-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Dec 27, 2017
Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.
14319365       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
    Andrew F Gornall    on behalf of Creditor    Seneca Mortgage Servicing LLC agornall@goldbecklaw.com,
     bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Heather Stacey Riloff    on behalf of Creditor    Provident Funding Associates, L.P.
     heather@mvrlaw.com,  Michelle@mvrlaw.com
    James  Warmbrodt     on behalf of Creditor    Seneca Mortgage Servicing LLC bkgroup@kmllawgroup.com
    Jerome B. Blank    on behalf of Creditor    Ally Bank pawb@fedphe.com
    Joseph A. Dessoye     on behalf of Creditor    Ally Bank pawb@fedphe.com
    Karina  Velter     on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
    Karina  Velter     on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
    Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
    Scott B. Lang    on behalf of Joint Debtor Christine Anne Shaffer langlaw@libcom.com,
     langlaw.lang@gmail.com
    Scott B. Lang    on behalf of Debtor Mark Alan Shaffer langlaw@libcom.com,  langlaw.lang@gmail.com
                                                                                      TOTAL: 11