**2100 B (12/15)**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 14-23636-CMB
### Chapter 13

In re: Debtor(s) (including Name and Address)

Mark Alan Shaffer
547 West Main Street
Saxonburg PA 16056

Christine Anne Shaffer
547 West Main Street
Saxonburg PA 16056

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/18/2018.

### Name and Address of Alleged Transferor(s):

Claim No. 10: Wells Fargo Bank, N.A., Attn:  Payment Processing, MAC #X2302-04C, One Home Campus, Des Moines, IA 50328

### Name and Address of Transferee:

Wells Fargo Bank, N.A.
Default Document Processing
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/21/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23636-CMB
Mark Alan Shaffer                                                         Chapter 13
Christine Anne Shaffer
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin           Page 1 of 1              Date Rcvd: Jul 19, 2018
                             Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
14748848            +Wells Fargo Bank, N.A.,    Attn:  Payment Processing,    MAC #X2302-04C,   One Home Campus,
                     Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2018                        Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Seneca Mortgage Servicing LLC
           andygornall@latouflawfirm.com
          Heather Stacey Riloff    on behalf of Creditor    Provident Funding Associates, L.P.
           heather@mvrlaw.com,  Michelle@mvrlaw.com
          James Warmbrodt    on behalf of Creditor    Seneca Mortgage Servicing LLC bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    Ally Bank pawb@fedphe.com
          Joseph A. Dessoye    on behalf of Creditor    Ally Bank pawb@fedphe.com
          Karina  Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
          Karina  Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott B. Lang    on behalf of Joint Debtor Christine Anne Shaffer langlaw@libcom.com,
           langlaw.lang@gmail.com
          Scott B. Lang    on behalf of Debtor Mark Alan Shaffer langlaw@libcom.com,  langlaw.lang@gmail.com
                                                                           TOTAL: 11