# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　MARK ALAN SHAFFER<br>CHRISTINE ANNE SHAFFER<br>　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　vs.<br>　MARK ALAN SHAFFER<br>CHRISTINE ANNE SHAFFER<br><br>　　　Respondents | Case No. 14-23636CMB<br><br>Chapter 13<br><br>Document No. 81 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this **27th** day of **September**, 20**19**, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Ansaldo Sts Usa Inc
> Attn: Payroll Manager
> 1000 Technology Dr
> Pittsburgh, PA 15219

is hereby ordered to immediately terminate the attachment of the wages of CHRISTINE ANNE SHAFFER, social security number XXX-XX-4438. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTINE ANNE SHAFFER.

FILED
9/27/19 9:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 14-23636-CMB
Mark Alan Shaffer                                                   Chapter 13
Christine Anne Shaffer
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dric                  Page 1 of 1                  Date Rcvd: Sep 27, 2019
                               Form ID: pdf900             Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db/jdb         +Mark Alan Shaffer,    Christine Anne Shaffer,    547 West Main Street,    Saxonburg, PA 16056-9343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   Seneca Mortgage Servicing LLC
           andygornall@latouflawfirm.com
          Heather Stacey Riloff    on behalf of Creditor   Provident Funding Associates, L.P.
           heather@mvrlaw.com, Michelle@mvrlaw.com
          James  Warmbrodt    on behalf of Creditor   Seneca Mortgage Servicing LLC bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor   Ally Bank pawb@fedphe.com
          Joseph A. Dessoye    on behalf of Creditor   Ally Bank pawb@fedphe.com
          Karina  Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
          Karina  Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott B. Lang    on behalf of Joint Debtor Christine Anne Shaffer langlaw.lang@gmail.com,
           cajeffreyesquire@gmail.com
          Scott B. Lang    on behalf of Debtor Mark Alan Shaffer langlaw.lang@gmail.com,
           cajeffreyesquire@gmail.com
                                                                                             TOTAL: 11
```