**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **MARK ALAN SHAFFER** |
| Debtor 2 (Spouse, if filing) | **CHRISTINE ANNE SHAFFER** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **14-23636CMB** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** WELLS FARGO BANK NA

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 9 3 0 3

**Property Address:** 444 COLE RD
SARVER PA 16055

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:** | Amount
---|---
a. Allowed prepetition arrearage: | (a) $ 56.42
b. Prepetition arrearage paid by the trustee: | (b) $ 56.42
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00
e. Allowed postpetition arrearage: | (e) $ 0.00
f. Postpetition arrearage paid by the trustee: | + (f) $ 0.00
g. **Total.** Add lines b, d, and f. | (g) $ 56.42

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment    $ $775.09

The next postpetition payment is due on   11 / 1 / 2019
                                          MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **MARK ALAN SHAFFER** | Case number *(if known)* | **14-23636CMB** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**X** /s/ Ronda J. Winnecour           Date  11/01/2019
Signature

| Trustee | Ronda J. Winnecour |
| --- | --- |
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566           Email   cmecf@chapter13trusteewdpa.com |

| Debtor 1 | **MARK ALAN SHAFFER** | Case number *(if known)* | **14-23636CMB** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 10/26/2015 | 0965957 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 56.42 |
| | | | | 56.42 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 06/23/2015 | 0949912 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 8,410.97 |
| 07/28/2015 | 0954030 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 756.44 |
| 08/26/2015 | 0958046 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 756.44 |
| 09/28/2015 | 0961943 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 756.44 |
| 10/26/2015 | 0965957 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 756.44 |
| 12/22/2015 | 0974059 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 814.99 |
| 01/26/2016 | 0978157 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 02/24/2016 | 0982065 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 03/28/2016 | 0986115 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 04/22/2016 | 0990278 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 05/24/2016 | 0994248 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 06/27/2016 | 1003017 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 07/26/2016 | 1006969 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 08/26/2016 | 1010997 | SENECA MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 11/21/2016 | 1021328 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,345.13 |
| 12/21/2016 | 1024649 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 01/27/2017 | 1028125 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 02/24/2017 | 1031534 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 03/28/2017 | 1034970 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 04/21/2017 | 1038254 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 05/25/2017 | 1041536 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 06/27/2017 | 1044918 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 07/25/2017 | 1048235 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 08/25/2017 | 1051585 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 09/26/2017 | 1054910 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 781.71 |
| 10/25/2017 | 1058269 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 11/21/2017 | 1061519 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 12/21/2017 | 1064824 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 01/25/2018 | 1069051 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 02/23/2018 | 1072210 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 03/28/2018 | 1075429 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 04/24/2018 | 1078655 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 05/25/2018 | 1081950 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 06/22/2018 | 1085049 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 07/26/2018 | 1088303 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 08/28/2018 | 1091524 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 09/25/2018 | 1094649 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 10/29/2018 | 1097910 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 11/27/2018 | 1101005 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 12/21/2018 | 1104121 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 01/25/2019 | 1107406 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 02/25/2019 | 1110622 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 03/25/2019 | 1113907 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 04/26/2019 | 1117256 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 05/24/2019 | 1120653 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 06/25/2019 | 1124049 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 07/29/2019 | 1127525 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 08/27/2019 | 1131006 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| 09/24/2019 | 1134236 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 775.09 |
| | | | | 47,269.79 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

MARK ALAN SHAFFER
CHRISTINE ANNE SHAFFER
547 WEST MAIN STREET
SAXONBURG, PA  16056

SCOTT B LANG ESQ*
SCOTT B LANG & ASSOC PC*
535 CLAIRTON BLVD
PITTSBURGH, PA  15236

WELLS FARGO BANK NA
ATTN PAYMENT PROCESSING MAC# F2302 04C
ONE HOME CAMPUS
DES MOINES, IA  50328

WELLS FARGO BANK
1000 BLUE GENTIAN RD
EAGAN, MN  55121

KARINA VELTER ESQ
MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH  43216-5028


11/1/19                                              /s/ Roberta Saunier
                                                     _____
                                                     Administrative Assistant
                                                     Office of the Chapter 13 Trustee