**Fill in this information to identify the case:**

Debtor 1: Mark Alan Shaffer

Debtor 2: Christine Anne Shaffer
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN District of Pennsylvania
(State)

Case Number: 14-23636 CMB

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g). the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Ally Bank

**Court Claim No.** (if known): 7

**Last 4 digits of** any number you use to identify the debtor's account: 3201

**Property Address**
444 Cole Road
Number        Street

Sarver, PA 16055
City        State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: November 1, 2019 **loan is contractually due for February 1, 2020

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $0.00

c. **Total**. Add lines a and b.  (c) $0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

| Debtor 1 | Mark Alan Shaffer | | | Case number (*if known*) | 14-23636 CMB |
|---|---|---|---|---|---|
| | First name | Middle Name | Last name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | /s/ Jodi L. Hause, Esquire | | | Date | November 11, 2019 |
|---|---|---|---|---|---|
| | Signature | | | | |

| Print | Jodi L. Hause, Esq., Id. No.90625 | | | Title | Attorney for Plaintiff |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Phelan Hallinan Diamond & Jones, LLP |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza |
|---|---|
| | Number          Street |

| | Philadelphia, PA 19103 |
|---|---|
| | City             State          ZIP Code |

| Contact Phone | 215-563-7000 | Email | Jodi.Hause@phelanhallinan.com |
|---|---|---|---|

Form 4100R          **Response to Notice of Final Cure Payment**          page **2**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **Mark Alan Shaffer** | : | **BK. No. 14-23636 CMB** |
| **Christine Anne Shaffer** | : | |
| Debtors | : | **Chapter No. 13** |
| | : | |
| **Ronda J. Winnecour** | : | |
| Movant | : | |
| v. | : | |
| **Ally Bank** | : | |
| Respondent | : | |
| | : | |
| | : | |

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I certify under penalty of perjury that I served or caused to be served the above captioned Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list on November 11, 2019.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| Ronda J. Winnecour, Esquire (TRUSTEE)<br>Suite 3250, Usx Tower, 600 Grant Street<br>Pittsburgh, PA 15219 | Mark Shaffer<br>547 West Main Street<br>Saxonburg, PA 16056 |
| SCOTT B. LANG, Esquire<br>535 CLAIRTON BOULEVARD<br>PITTSBURGH, PA 15236 | Christine Shaffer<br>547 West Main Street<br>Saxonburg, PA 16056 |
| Office Of The United States Trustee<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | Ronda J. Winnecour, Esquire (TRUSTEE)<br>Suite 3250, Usx Tower, 600 Grant Street<br>Pittsburgh, PA 15219 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

          /s/ Jodi L. Hause, Esquire
          Jodi L. Hause, Esq., Id. No.90625
          Phelan Hallinan Diamond & Jones, LLP
          Omni William Penn Office Tower
          555 Grant Street, Suite 300
          Pittsburgh, PA 15219
          Phone Number: 215-563-7000 Ext 31502
          Fax Number: 215-568-7616
          Email: Jodi.Hause@phelanhallinan.com

November 11, 2019