**Fill in this information to identify the case**

**Debtor 1** Mark Alan Shaffer

**Debtor 2** Christine Anne Shaffer
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** **WESTERN** District of **PENNSYLVANIA**
**(State)**
**Case number** 14-23636-CMB

# Form 4100R
## Response to Notice of Final Cure Payment                                                          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:   Mortgage Information

**Name of creditor:** Wells Fargo Bank, N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 9303

**Property address:** 444 COLE RD
    Number    Street

SARVER   PA   16055
City             State       Zip Code

**Court claim no.** (if known):

10

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
The next postpetition payment from the debtor(s) is due on:    11/01/2019
                                                                                                  MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.    Total postpetition ongoing payments due:                                                                (a) $_____

b.    Total fees, charges, expenses, escrow, and costs outstanding:                              (b) $_____

c.    Total. Add lines a and b.                                                                                              (c) $ 0.00

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:      ___/___/____
                                                                                                     MM/DD/YYYY

17-042012_SCS2

Debtor 1 ___Mark Alan Shaffer_____   Case number (if known) 14-23636-CMB_____
   First Name   Middle Name   Last Name

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** ___/s/ Karina Velter_____  Date  ___November 18, 2019___
 Signature

Print: ___Karina Velter_____  Title  ___Attorneys for Creditor___

Company ___Manley Deas Kochalski LLC___

Address ___P.O. Box 165028___
   Number   Street

   ___Columbus, OH  43216-5028___
   City   State   ZIP Code

Contact phone  ___614-220-5611___  Email  ___amps@manleydeas.com___

Form 4100R   **Response to Notice of Final Cure Payment**   page **2**

17-042012_SCS2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Mark Alan Shaffer** | : | **Case No.: 14-23636-CMB** |
| **Christine Anne Shaffer** | : | **Chapter 13** |
| | : | **Judge Carlota M. Bohm** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date)  November 18, 2019  .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and/or electronic notification  .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  November 18, 2019 

By:   /s/ Karina Velter 
Signature
Karina Velter, Esquire 
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028 
Address
614-220-5611 
Phone No.
94781 
List Bar I.D. and State of Admission

17-042012_SCS2

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

Scott B. Lang, Attorney for Debtor, 535 Clairton Boulevard, Pittsburgh, PA  15236 (notified by ecf)

Mark Alan Shaffer and Christine Anne Shaffer, Debtor, 547 West Main Street, Saxonburg,, PA  16056 (notified by regular US Mail)

Mark Alan Shaffer and Christine Anne Shaffer, Debtor, 444 Cole Road, Sarver, PA 16055 (notified by regular US Mail)

Mark Alan Shaffer and Christine Anne Shaffer, Debtor, 444 Cole Rd, Sarver, PA 16055 (notified by regular US Mail)

17-042012_SCS2