**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Mark Alan Shaffer
Christine Anne Shaffer**
   Debtor(s)

Bankruptcy Case No.: 14−23636−CMB
Related to Doc. No. 94
Chapter: 13
Docket No.: 95 − 94

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of November, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **2/19/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/13/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-23636-CMB
Mark Alan Shaffer                                                       Chapter 13
Christine Anne Shaffer
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 2              Date Rcvd: Nov 27, 2019
                              Form ID: 408            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
```
db/jdb         +Mark Alan Shaffer,    Christine Anne Shaffer,    547 West Main Street,    Saxonburg, PA 16056-9343
cr             +Provident Funding Associates, L.P.,    11 Parkway Center, #110,    Pittsburgh, PA 15220-3614
13977288       +Ally Bank,    Cenlar Federal Savings Bank,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13918340        American Financial,    PO Box 513738,    Los Angeles, CA 90051-3738
13918342        Cenlar,    PO Box 986,    Newark, NJ 07184-0986
13918343        Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13925928       +Department Stores National Bank/American Express,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13918344       +Great Lakes,    PO Box 530229,    Atlanta, GA 30353-0229
13918345        Macy's American Express,    PO Box 183084,    Columbus, OH 43218-3084
14319365      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9741)
13987051       +Pittsburgh FCU,    317 Brownsville Rd.,    Pittsburgh, PA 15210-2248
13918350        Sallie Mae Parent Plus Loan,    PO Box 9635,    Wilkes Barre, PA 18773-9635
13918351        Sallie Mae Parent Plus Loan,    PO Box 740351,    Atlanta, GA 30374-0351
13918352       +Upromise Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
14748848       +Wells Fargo Bank, N.A.,    Attn: Payment Processing,    MAC #X2302-04C,    One Home Campus,
                 Des Moines, IA 50328-0001
14882971        Wells Fargo Bank, N.A.,    Default Document Processing,    MAC N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13970254       +E-mail/Text: bncmail@w-legal.com Nov 28 2019 03:40:18     CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13918341        E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:46:36     Care Credit/GECRB,
                 P.O. Box 960061,    Orlando, FL 32896-0061
13972982        E-mail/PDF: pa_dc_claims@navient.com Nov 28 2019 03:46:59     Navient Solutions, Inc.,
                 P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13979510        E-mail/PDF: pa_dc_ed@navient.com Nov 28 2019 03:47:04
                 Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
13970354        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2019 03:48:15
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13918346        E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:46:33     PayPal Credit Services,
                 P.O. Box 960080,    Orlando, FL 32896-0080
13918347        E-mail/Text: tvincequerra@chromefcu.org Nov 28 2019 03:40:50
                 Pittsburgh Federal Credit Union,    PO Box 4519,    Carol Stream, IL 60197-4519
13918348        E-mail/PDF: pa_dc_claims@navient.com Nov 28 2019 03:48:26     Sallie Mae,    PO Box 13611,
                 Philadelphia, PA 19101-3611
13918349        E-mail/PDF: pa_dc_claims@navient.com Nov 28 2019 03:47:02     Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Ally Bank
cr              NATIONSTAR MORTGAGE LLC
cr              Seneca Mortgage Servicing LLC
cr              WELLS FARGO BANK, N.A.
14055715       ##Seneca Mortgage Servicing LLC,    611 Jamison Road,    Elma, NY 14059-9392
                                                                                     TOTALS: 4, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: dric              Page 2 of 2              Date Rcvd: Nov 27, 2019
                              Form ID: 408            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Seneca Mortgage Servicing LLC
               andygornall@latouflawfirm.com
              Heather Stacey Riloff    on behalf of Creditor    Provident Funding Associates, L.P.
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James   Warmbrodt    on behalf of Creditor    Seneca Mortgage Servicing LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Ally Bank pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    Ally Bank jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    Ally Bank pawb@fedphe.com
              Karina   Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Karina   Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott B. Lang    on behalf of Joint Debtor Christine Anne Shaffer langlaw.lang@gmail.com,
               cajeffreyesquire@gmail.com
              Scott B. Lang    on behalf of Debtor Mark Alan Shaffer langlaw.lang@gmail.com,
               cajeffreyesquire@gmail.com
                                                                                             TOTAL: 12
```