**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MARK ALAN SHAFFER
CHRISTINE ANNE SHAFFER
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:14-23636

Chapter 13

Document No.: 94

**ENTERED BY DEFAULT**

ORDER OF COURT

  AND NOW, this __29th__ day of __January__, 20__20__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
1/29/20 1:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm* dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 14-23636-CMB
Mark Alan Shaffer                                                                Chapter 13
Christine Anne Shaffer
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin                    Page 1 of 2               Date Rcvd: Jan 29, 2020
                               Form ID: pdf900               Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db/jdb         +Mark Alan Shaffer,   Christine Anne Shaffer,   547 West Main Street,   Saxonburg, PA 16056-9343
cr             +Provident Funding Associates, L.P.,   11 Parkway Center, #110,   Pittsburgh, PA 15220-3614
13977288       +Ally Bank,   Cenlar Federal Savings Bank,   425 Phillips Blvd,   Ewing, NJ 08618-1430
13918340        American Financial,   PO Box 513738,   Los Angeles, CA 90051-3738
13918342        Cenlar,   PO Box 986,   Newark, NJ 07184-0986
13918343        Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
13925928       +Department Stores National Bank/American Express,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13918344       +Great Lakes,   PO Box 530229,   Atlanta, GA 30353-0229
13918345        Macy's American Express,   PO Box 183084,   Columbus, OH 43218-3084
14319365       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,   Nationstar Mortgage LLC,   PO Box 619096,
                 Dallas, TX 75261-9741)
13987051       +Pittsburgh FCU,   317 Brownsville Rd.,   Pittsburgh, PA 15210-2248
13918350        Sallie Mae Parent Plus Loan,   PO Box 9635,   Wilkes Barre, PA 18773-9635
13918351        Sallie Mae Parent Plus Loan,   PO Box 740351,   Atlanta, GA 30374-0351
13918352       +Upromise Card Services,   PO Box 13337,   Philadelphia, PA 19101-3337
14748848       +Wells Fargo Bank, N.A.,   Attn: Payment Processing,   MAC #X2302-04C,   One Home Campus,
                 Des Moines, IA 50328-0001
14882971        Wells Fargo Bank, N.A.,   Default Document Processing,   MAC N9286-01Y,
                 1000 Blue Gentian Road,   Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13970254       +E-mail/Text: bncmail@w-legal.com Jan 30 2020 03:42:05      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13918341        E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2020 03:47:03      Care Credit/GECRB,
                 P.O. Box 960061,   Orlando, FL 32896-0061
13972982        E-mail/PDF: pa_dc_claims@navient.com Jan 30 2020 03:46:24      Navient Solutions, Inc.,
                 P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
13979510        E-mail/PDF: pa_dc_ed@navient.com Jan 30 2020 03:45:28
                 Navient Solutions, Inc. Department of Education,   Loan Services,   P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
13970354        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2020 03:58:09
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13918346        E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2020 03:47:05      PayPal Credit Services,
                 P.O. Box 960080,   Orlando, FL 32896-0080
13918347        E-mail/Text: tvincequerra@chromefcu.org Jan 30 2020 03:42:23
                 Pittsburgh Federal Credit Union,   PO Box 4519,   Carol Stream, IL 60197-4519
13918348        E-mail/PDF: pa_dc_claims@navient.com Jan 30 2020 03:47:19      Sallie Mae,   PO Box 13611,
                 Philadelphia, PA 19101-3611
13918349        E-mail/PDF: pa_dc_claims@navient.com Jan 30 2020 03:45:31      Sallie Mae,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ally Bank
cr              NATIONSTAR MORTGAGE LLC
cr              Seneca Mortgage Servicing LLC
cr              WELLS FARGO BANK, N.A.
14055715      ##Seneca Mortgage Servicing LLC,   611 Jamison Road,   Elma, NY 14059-9392
                                                                                   TOTALS: 4, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: lfin                 Page 2 of 2                  Date Rcvd: Jan 29, 2020
                              Form ID: pdf900            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Seneca Mortgage Servicing LLC
               andygornall@latouflawfirm.com
              Heather Stacey Riloff    on behalf of Creditor    Provident Funding Associates, L.P.
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James  Warmbrodt    on behalf of Creditor    Seneca Mortgage Servicing LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Ally Bank pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    Ally Bank jodi.hause@phelanhallinan.com,  pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    Ally Bank pawb@fedphe.com
              Karina  Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Karina  Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott B. Lang    on behalf of Joint Debtor Christine Anne Shaffer langlaw.lang@gmail.com,
               cajeffreyesquire@gmail.com
              Scott B. Lang    on behalf of Debtor Mark Alan Shaffer langlaw.lang@gmail.com,
               cajeffreyesquire@gmail.com
                                                                                             TOTAL: 12
```