IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARK ALAN SHAFFER, AND<br>CHRISTINE ANNE SHAFFER,<br><br>Debtor,<br><br>NAVIENT SOLUTIONS, LLC,<br><br>Movant/Claimant,<br><br>v.<br><br>MARK ALAN SHAFFER,<br>CHRISTINE ANNE SHAFFER, and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>Respondents | Bankruptcy No. 14-23636 CMB<br><br>Chapter 13<br><br>Related to Doc. No. 92 |

CERTIFICATE OF SERVICE OF MOTION TO REOPEN BANKRUPTCY
ANDORDER SCHEDULING DATES FOR RESPONSE AND HEARING ON MOTION

I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below or on the attached list on January 24, 2021.

The types of service made on the parties were:

By Email:

Debtors Attorney    Scott B. Lang        langlaw.lang@gmail.com

and,

By First-Class Mail to the following parties:

Mark Alan Shaffer                    Ronda J. Winnecour
Christine Anne Shaffer                Chapter 13 Trustee
444 Cole Road                        600 Grant Street, Suite 3250, USX Tower
Sarver, PA 16055                     Pittsburgh, PA 15219

United States Attorney's Office
United States Post Office & Courthouse700 Grant Street, Suite 4000Pittsburgh, PA 15219

David Berry Bankruptcy Analyst
Office of the United States Trustee Suite 970 Liberty Center1001 Liberty Avenue
Pittsburgh, PA 15222

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8120

Counsel for Navient Solutions, LLC