IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 14-23636 CMB |
| MARK ALAN SHAFFER, AND CHRISTINE ANNE SHAFFER, | Chapter 13 |
| Debtor, | Related to Doc. No. 92 |
| NAVIENT SOLUTIONS, LLC, | |
| Movant/Claimant, | |
| v. | |
| MARK ALAN SHAFFER, CHRISTINE ANNE SHAFFER, and RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

## CERTIFICATE OF SERVICE OF MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT PURSUANT TO 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq. AND ORDER SCHEDULING DATES FOR RESPONSE AND HEARING ON MOTION

I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below or on the attached list on January 24, 2021.

The types of service made on the parties were:

By Email:

Debtors Attorney    Scott B. Lang            langlaw.lang@gmail.com

and,

By First-Class Mail to the following parties:

Mark Alan & Christine Anne Shaffer
Debtor
444 Cole Road
Sarver, PA 16055

Ronda J. Winnecour
Chapter 13 Trustee
600 Grant Street, Suite 3250, USX Tower
Pittsburgh, PA 15219

United States Attorney's Office
United States Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

David Berry Bankruptcy Analyst
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 203815
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8120

Counsel for Navient Solutions, LLC