IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARK ALAN SHAFFER, AND<br>CHRISTINE ANNE SHAFFER,<br><br>Debtor,<br><br>NAVIENT SOLUTIONS, LLC,<br><br>Movant/Claimant,<br><br>v.<br><br>MARK ALAN SHAFFER,<br>CHRISTINE ANNE SHAFFER, and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>Respondents | Bankruptcy No. 14-23636 CMB<br><br>Chapter 13<br><br>Related to Doc. No. 105 |

CERTIFICATE OF NO OBJECTION OR RESPONSE TO
MOTION TO REOPEN BANKRUPTCY PURSUANT TO 11 U.S.C. § 350(b)


The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reopen Bankruptcy Pursuant to 11 U.S.C. § 350(b), filed at Doc. No. 105 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than February 10, 2021.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Order Directing Payment of Funds be entered by the Court.


Dated: February 11, 2021

                                          Respectfully submitted,

                                          By: /s/ Keri P. Ebeck
                                          Keri P. Ebeck
                                          PA I.D. # 91298
                                          kebeck@bernsteinlaw.com
                                          707 Grant Street, Suite 2200Pittsburgh, PA
                                          15219
                                          (412) 456-8112
                                          Fax: (412) 456-8120

                                          Counsel for Navient Solutions, LLC