IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARK ALAN SHAFFER, AND CHRISTINE ANNE SHAFFER,<br><br>Debtor,<br><br>NAVIENT SOLUTIONS, LLC,<br><br>Movant/Claimant,<br><br>v.<br><br>MARK ALAN SHAFFER,<br>CHRISTINE ANNE SHAFFER, and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>Respondents | Bankruptcy No. 14-23636 CMB<br><br>Chapter 13<br><br>Related to Doc. No. 109 |

CERTIFICATE OF NO OBJECTION OR RESPONSE TO
MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT
PURSUANT TO 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq.

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Order Directing Payment of Funds, filed at Doc. No. 109 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than February 10, 2021.

    It is hereby respectfully requested that the Order attached to the Movant's Motion for Order Directing Payment of Funds be entered by the Court.

Dated: February 11, 2021

                          Respectfully submitted,

                          BERNSTEIN-BURKLEY, P.C.

                          By: /s/ Keri P. Ebeck
                          Keri P. Ebeck, Esq.
                          PA I.D. # 203815
                          kebeck@bernsteinlaw.com
                          707 Grant Street, Suite 2200Pittsburgh, PA 15219
                          (412) 456-8112
                          Fax: (412) 456-8120

                          Counsel for Navient Solutions, LLC