IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I In re:<br><br>MARK ALAN SHAFFER, AND<br>CHRISTINE ANNE SHAFFER,<br><br>            Debtor,<br><br>NAVIENT SOLUTIONS, LLC,<br><br>           Movant/Claimant,<br><br>v.<br><br>MARK ALAN SHAFFER,<br>CHRISTINE ANNE SHAFFER, and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>           Respondents | Bankruptcy No. 14-23636 CMB<br><br>Chapter 13<br><br>Related to Doc. No. 92 , 105 |

ORDER OF COURT

AND NOW, this __17th__ day of __February__, 2021, upon consideration of the foregoing Motion to Reopen Bankruptcy Pursuant to 11 U.S.C. § 350(b) it is hereby ORDERED that the Mark Alan Shaffer and Christine Anne Shaffer bankruptcy is reopened.

FILED
2/17/21 8:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
Honorable Carlota M. Bohm    **dmr**
U.S. Bankruptcy Chief Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 14-23636-CMB |
| Mark Alan Shaffer | Chapter 13 |
| Christine Anne Shaffer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Feb 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mark Alan Shaffer, Christine Anne Shaffer, 547 West Main Street, Saxonburg, PA 16056-9343 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Seneca Mortgage Servicing LLC andygornall@latouflawfirm.com |
| Heather Stacey Riloff | on behalf of Creditor Provident Funding Associates  L.P. heather@mvrlaw.com, Michelle@mvrlaw.com |
| James Warmbrodt | on behalf of Creditor Seneca Mortgage Servicing LLC bkgroup@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Ally Bank pawb@fedphe.com |
| Jodi L. Hause | on behalf of Creditor Ally Bank jodi.hause@phelanhallinan.com  pawb@fedphe.com |
| Joseph A. Dessoye | |

| District/off: 0315-2 | User: lfin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor Ally Bank pawb@fedphe.com

Karina Velter
    on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

Karina Velter
    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

Keri P. Ebeck
    on behalf of Creditor Navient Solutions  LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott B. Lang
    on behalf of Debtor Mark Alan Shaffer langlaw.lang@gmail.com  cajeffreyesquire@gmail.com

Scott B. Lang
    on behalf of Joint Debtor Christine Anne Shaffer langlaw.lang@gmail.com  cajeffreyesquire@gmail.com

TOTAL: 13