IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARK ALAN SHAFFER, AND<br>CHRISTINE ANNE SHAFFER,<br><br>Debtor,<br><br>NAVIENT SOLUTIONS, LLC,<br><br>Movant/Claimant,<br><br>v.<br><br>MARK ALAN SHAFFER,<br>CHRISTINE ANNE SHAFFER, and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>Respondents | Bankruptcy No. 14-23636 CMB<br><br>Chapter 13<br><br>Related to Doc. No. 92 , 109<br><br><br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this ___17th___ day of _____February_____, 2021, upon

consideration of the foregoing Motion for Order Directing Payment of Funds to Claimant

Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq. (the "Motion"),

it is hereby DETERMINED that the Court finds the Claimant, Navient Solutions, LLC,

has noticed the United States Attorney as required by 28 U.S.C. § 2041, et seq.; and,

it is hereby ORDERED that Claimant's Motion is granted.

The Clerk of Court shall tender the unclaimed funds in the amount of $4,451.79 to Claimant.

The Clerk of Court shall make the payment in care of Dilks & Knopik, LLC and shall mail the

payment to Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065.

Upon payment of the funds specified herein, the Clerk may close the case

BY THE COURT:

FILED
2/17/21 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Honorable Carlota M. Bohm    **dmr**
U.S. Bankruptcy Chief Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                   Case No. 14-23636-CMB

Mark Alan Shaffer                                                                        Chapter 13

Christine Anne Shaffer

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dric | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Alan Shaffer, 547 West Main Street, Saxonburg, PA 16056-9343 |
| jdb | + | Christine Anne Shaffer, 547 West Main Street, Saxonburg, PA 16056-9343 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021                        Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | |
| | on behalf of Creditor Seneca Mortgage Servicing LLC andygornall@latouflawfirm.com |
| Heather Stacey Riloff | |
| | on behalf of Creditor Provident Funding Associates  L.P. heather@mvrlaw.com, Michelle@mvrlaw.com |
| James Warmbrodt | |
| | on behalf of Creditor Seneca Mortgage Servicing LLC bkgroup@kmllawgroup.com |
| Jerome B. Blank | |
| | on behalf of Creditor Ally Bank pawb@fedphe.com |
| Jodi L. Hause | |
| | on behalf of Creditor Ally Bank jodi.hause@phelanhallinan.com  pawb@fedphe.com |

District/off: 0315-2                                   User: dric                                   Page 2 of 2
Date Rcvd: Feb 17, 2021                               Form ID: pdf900                          Total Noticed: 2

Joseph A. Dessoye
                    on behalf of Creditor Ally Bank pawb@fedphe.com

Karina Velter
                    on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

Karina Velter
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

Keri P. Ebeck
                    on behalf of Creditor Navient Solutions  LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Scott B. Lang
                    on behalf of Debtor Mark Alan Shaffer langlaw.lang@gmail.com  cajeffreyesquire@gmail.com

Scott B. Lang
                    on behalf of Joint Debtor Christine Anne Shaffer langlaw.lang@gmail.com  cajeffreyesquire@gmail.com


TOTAL: 13